IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN CROWE,

    Plaintiff,

v.                                                                                                                               No. CIV 25-948 WJ/JMR

AMY GEE, ERIC NEWTON, and
ERNESTO PADILLA,

    Defendants.

**ORDER OF RECUSAL AND PENDING REASSIGNMENT**

       This matter asserts claims against three probation officers of the United States Probation and Pretrial Services for the District of New Mexico. United States Probation and Pretrial Services officers have significant contact with the judges and employees of the United States District Court for the District of New Mexico such that under the circumstances, and consistent with District wide practices, it is appropriate for all judicial officers for the District of New Mexico to recuse in the matter.

       **IT IS THEREFORE ORDERED THAT:**

       All judicial officers of the District of New Mexico recuse in this action. The matter is pending reassignment to an out-of-district district judge and magistrate judge and further order of reassignment is forthcoming.

       **DONE** this 3rd day of November 2025.

                                                    FOR THE COURT:[1]

                                                  /s/
                                                  KENNETH J. GONZALES[2]
                                                  CHIEF UNITED STATES DISTRICT JUDGE

---

[1] For the court, pursuant to Administrative Order Misc. No. 83-252.
[2] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.