IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN CROWE,

    Plaintiff,

v.                                                                                                          No. CIV 25-948 WJ/JMR

AMY GEE, ERIC NEWTON, and
ERNESTO PADILLA,

    Defendants.

## ORDER OF REASSIGNMENT

This matter having come before the Court as a result of the entry of the Order of Recusal and Pending Reassignment, filed November 3, 2025 (Doc. 7) finds that United States District Judge Robert E. Blackburn and United States Magistrate Judge Susan Prose, have consented to the designation and assignment as trial judge and referral judge, respectively, in this matter.

**IT IS THEREFORE ORDERED THAT:**

Pursuant to the designation and provisions of Title 28, United States Code § 291(b), the Honorable Robert E. Blackburn, United States District Judge and the Honorable Susan Prose, United States Magistrate Judge, shall preside over the above-captioned case.

**DONE** this 6th day of November, 2025.

FOR THE COURT:

/s/
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.